# UNITED STATES DISTRICT COURT

for the
District of South Carolina

| | |
|---|---|
| Barney G. Seigler | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 6:09mc151-HFF |
| | ) |
| Joe Gibson, American Suzuki Motor Corp., Inc., and M&T Credit Services | ) |
| *Defendant* | ) |
| v. | |

## JUDGMENT IN A CIVIL ACTION

Joe Gibson's Auto World, Inc., Debtor

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*                                                                                 recover from the
defendant *(name)*                                                                                          the amount of
                                                                    dollars ($              ), which includes prejudgment
interest at the rate of              %, plus postjudgment interest at the rate of              %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
                              recover costs from the plaintiff *(name)*
                              .

■ other:   the motion to withdraw reference from the Bankruptcy Court will be denied.
                                                                                                                                              .

This action was *(check one)*:

❏ tried by a jury with Judge                                                                       presiding, and the jury has
rendered a verdict.

❏ tried by Judge                                                                       without a jury and the above decision
was reached.

■ decided by Judge              Henry F. Floyd              on a motion to    withdraw
                              reference from the Bankruptcy Court.
                                                                                                                                              .

Date:    March 8, 2010                                    *CLERK OF COURT*


                                                         <u>**s/Angela Lewis**</u>

                                                         *Signature of Clerk or Deputy Clerk*